UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | No. C 09-1730 CW (BZ) |
| | ) | |
| v. | ) | **ORDER TO SHOW CAUSE RE** |
| | ) | **ENFORCEMENT OF INTERNAL** |
| ANNIE P. JONES, | ) | **REVENUE SERVICE SUMMONS** |
| | ) | |
| Respondent. | ) | |

This case having been referred to me by the Honorable Claudia Wilken, and good cause having been shown by the petitioner upon its petition filed in the above-entitled proceeding on April 21, 2009, **IT IS HEREBY ORDERED** as follows:

1. Respondent Annie P. Jones shall appear before this Court on **Wednesday, July 1, 2009**, **at 10:00 a.m.**, in Courtroom G, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, and then and there show cause, if any, why respondent should not be compelled to appear and provide documents and testimony as required by the summons heretofore served upon respondent as alleged and set forth in particular in said petition;

1

2.  A copy of this Order to Show Cause, together with a copy of the aforesaid petition, shall be served upon respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this Order above specified;

3.  Respondent may file and serve a written response to the petition, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion respondent desires to make, by **June 10, 2009**. Petitioner may file and serve a written reply to such response by **June 17, 2009**.

Dated:  April 27, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\JONES\OSC ORDER.wpd