UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> ANNIE P. JONES, ) <br> ) <br> Respondent. ) <br> ) | No. C 09-1730 CW (BZ) <br><br> **ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING COMPLIANCE WITH SUBPOENA** |

    Pursuant to Order dated April 27, 2009, respondent Annie P. Jones appeared on Wednesday, July 1, 2009 to show cause why she should not be compelled to appear and provide documents and testimony as required by the summons served upon her.

    Pursuant to agreement between the parties, **IT IS HEREBY ORDERED** that by **August 10, 2009** Ms. Jones shall contact Karen Sterling and shall provide documents and testimony to Karen Sterling as required by the summons.

Dated:  July 6, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\JONES\ORDER DISCHARGING OSC.wpd

1