UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and KAREN STERLING, Revenue Officer,<br><br>Petitioners,<br><br>v.<br><br>ANNIE P. JONES,<br><br>Respondent. | NO. CV-09-1730-CW (BZ)<br><br>[Proposed] ORDER TO SHOW CAUSE RE: CONTEMPT |

Good cause having been shown by the United States upon its Application For Entry of Order To Show Cause Re: Contempt, it is hereby

**ORDERED** that respondent appear in person before this Court on the 17th day of February, 2010, at 10:00 a.m., in Courtroom G, 15th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California, and then and there show cause, if she has any, why she should not be held in contempt for her failure to comply with the Amended Order Discharging Order to Show Cause and Directing Compliance with Subpoena filed July 6, 2009; and it is further

**ORDERED** that a copy of this Order to Show Cause Re: Contempt be served upon said respondent in accordance with Rule 5 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this Order above specified; and it is

1  further:
                      **by January 27, 2010**
2      **ORDERED** that ~~within twenty-eight (28) days before the return date of this Order~~,
3  the respondent may file and serve a written response to the Order To Show Cause Re:
4  Contempt, supported by appropriate affidavit(s) or declaration(s) in conformance with 28
5  U.S.C. Subsection 1746, as well as any motions she desires to make; that the petitioner
6  may file and serve a written reply to such response, if any, within fourteen (14) days
7  before the return date of this Order; that all motions and issues raised by the pleadings
8  will be considered on the return date of this Order, and only those issues raised by motion
9  or brought into controversy by the responsive pleadings and supported by affidavit(s) or
10 declaration(s) will be considered at the return of this Order.
11     **ORDERED** this  18th  day of November, 2009, at San Francisco, California.

                                                      UNITED STATES MAGISTRATE JUDGE
                                                      BERNARD ZIMMERMAN