JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7017
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and KAREN STERLING, Revenue Officer,<br><br>Petitioners,<br><br>v.<br><br>ANNIE P. JONES,<br><br>Respondent. | NO. CV-09-1730 BZ<br><br>APPLICATION TO CONTINUE ORDER TO SHOW CAUSE RE: CONTEMPT AND [PROPOSED] ORDER THEREON |

Respondent Annie P. Jones recently suffered a serious medical problem which necessitated that she be allowed a reasonable period of time to recover her health in order to comply with the IRS summons and to provide the testimony and documents as ordered by the Court in the July 6, 2009 order enforcing the summons. She is now recovering her health and has begun to comply with the IRS summons and the July 6, 2009 Order.

In order that respondent might have adequate time to comply with the summons, the United States requests that the Order To Show Cause Re: Contempt hearing scheduled for February 17, 2010, be continued to March 17, 2010 at 10:00 a.m., before United

//

//

//

1  States Magistrate Judge Bernard Zimmerman, Courtroom G, 15th Floor, United States
2  Courthouse, 450 Golden Gate Avenue, San Francisco, California.

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ THOMAS MOORE
THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division

PURSUANT TO APPLICATION, IT IS SO ORDERED.

Dated: 16 Feb '10

UNITED STATES MAGISTRATE JUDGE