1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   THOMAS MOORE (ASBN 4305-O78T)
    Assistant United States Attorney
3   Chief, Tax Division
    9th Floor Federal Building
4   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
5   Telephone: (415) 436-7017
    Attorneys for the United States of America
6

7                   UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9                    SAN FRANCISCO DIVISION

10
    UNITED STATES OF AMERICA and        )
11  KAREN STERLING, Revenue Officer,    )    NO. CV 09-1730 BZ
                                        )
12              Petitioners,            )
                                        )    REQUEST FOR DISMISSAL AND
13         v.                           )    [Proposed] ORDER THEREON
                                        )
14  ANNIE P. JONES,                     )
                                        )
15              Respondent.             )
                                        )
16
        On April 27, 2009, the Court entered its Order To Show Cause Re Enforcement of
17
    Internal Revenue Service Summons in this matter. Pursuant to the Order, respondent
18
    provided the IRS with sufficient records such that it no longer seeks enforcement of the
19
    subpoena. Accordingly, the United States of America asks that this matter be dismissed
20
    with prejudice.
21
                                        JOSEPH P. RUSSONIELLO
22                                      United States Attorney

23
                                        /s/ THOMAS MOORE
24                                      THOMAS MOORE
                                        Assistant United States Attorney
25                                      Chief, Tax Division

26
    ORDERED this ____ day of March, 2010 at San Francisco, California.
27

28
                                        UNITED STATES MAGISTRATE JUDGE