```
JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:  (415) 436-7017
 Attorneys for the United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and KAREN STERLING, Revenue Officer,<br><br>            Petitioners,<br><br>       v.<br><br>ANNIE P. JONES,<br><br>            Respondent. | NO. CV 09-1730 ~~BZ~~ CW<br><br>REQUEST FOR DISMISSAL AND ~~[Proposed]~~ ORDER THEREON |

On April 27, 2009, the Court entered its Order To Show Cause Re Enforcement of Internal Revenue Service Summons in this matter. Pursuant to the Order, respondent provided the IRS with sufficient records such that it no longer seeks enforcement of the subpoena. Accordingly, the United States of America asks that this matter be dismissed with prejudice.

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ THOMAS MOORE
THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division

**ORDERED** this 19TH day of March, 2010 at San Francisco, California.

[signature]

UNITED STATES ~~MAGISTRATE~~ JUDGE
                    DISTRICT